**Howard A. SCOTT, Executor of the Estate of Albert L. Scott, Deceased, and Laverne Scott, in Her Own Right, Petitioner**

v.

**DUQUESNE LIGHT COMPANY, Respondent.**

Supreme Court of Pennsylvania.

March 11, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **REMANDED** for further proceedings. *See Tooey v. AK Steel Corp.,* —— Pa. ——, 81 A.3d 851 (2013).

Respondent's Application for Consolidation is DISMISSED as moot.

■

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Bruce B. PERSON, Respondent.**

Supreme Court of Pennsylvania.

March 12, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 12th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Hanson,* 82 A.3d 1023 (Pa.2013).